CASE NO. 20-1799
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
_____

**NORTHPORT HEALTH SERVICES OF ARKANSAS, LLC; NWA Nursing Center, LLC; CHAPEL RIDGE NURSING CENTER, LLC; et al.**

        **Plaintiffs-Appellants,**

  V.

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II,** *in his official capacity as Secretary of the United States Department of Health and Human Services*; **CENTERS FOR MEDICARE & MEDICAID SERVICES, SEEMA VERMA,** *in her official capacity as the Administrator of the Centers for Medicare & Medicaid Services*

        **Defendants-Appellees.**
_____

On appeal from the United States District Court
For the Western District of Arkansas
Case No. 5:19-cv-05168
_____

# APPELLANTS' STATEMENT OF ISSUES

In accordance with the Court's April 16, 2020 Appeal Briefing Schedule Order, Appellants state that they intend to present the following issues on appeal. Appellants reserve the right to modify this Statement of Issues.

1. Whether the Revision of Requirements for Long-Term Care Facilities: Arbitration Agreements, 84 Fed. Reg. 34,718 (July 18, 2019) (the "Amended Arbitration Rule") violates the Administrative Procedure Act ("APA") because it contravenes the Federal Arbitration Act.

2. Whether the Amended Arbitration Rule violates the APA because neither the Medicare Act nor the Medicaid Act grants to the Centers for Medicare and Medicaid Services authority to regulate arbitration in the long-term care industry.

3. Whether the Amended Arbitration Rule violates the APA because it is arbitrary, capricious, and an abuse of discretion.

4. Whether the Amended Arbitration Rule violates the APA because it does not comply with the Regulatory Flexibility Act.

Dated: April 30, 2020

Respectfully submitted,

By:  */s/ Erin E. Murphy*
Paul D. Clement, #960454
Erin E. Murphy, #110564
Kasdin M. Mitchell, #200107
Damon C. Andrews, #170376
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 389-5000
Fax: (202) 389-5200
paul.clement@kirkland.com
erin.murphy@kirkland.com
kasdin.mitchell@kirkland.com
damon.andrews@kirkland.com

Kirkman T. Dougherty, #190107
HARDIN, JESSON & TERRY, PLC
P.O. Box 10127
Fort Smith, AR 72917-0127
Telephone: (479) 452-2200
kdougherty@hardinlaw.com

*Attorneys for Appellants*

CERTIFICATE OF SERVICE

       I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Erin E. Murphy*